UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

TOUCH OF GOLD FLOORING, INC.,

        Plaintiff,

- against -

D.A.G. FLOORS, INC., et al.,

        Defendants.

----------------------------------------------------------X

ORDER OF
DISCONTINUANCE

04 CV 3314(ARR)

It having been reported to the Court on November 3, 2005 that the above-captioned case has been settled, the proceeding is hereby dismissed and the Clerk of Court is directed to close the file.

SO ORDERED:

DATED:    Brooklyn, New York
               January 24, 2006

                                              Allyne R. Ross
                                              United States District Judge

## MAILING LIST

Lewis Goldberg, Esq.
Goldberg and Weinberger, LLP
630 Third Avenue
New York, NY 10017


William Dellicato, Esq.
1350 Broadway
Suite 2404
New York, NY 10018


Magistrate Judge Azrack